Rev. 5/2017 Prisoner Complaint

# United States District Court
Northern ~~Eastern~~ District of ~~North Carolina~~ West Virginia
Western Division

**FILED JUN 15 2022**
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Case No. 3:22cv106
(To be filled out by Clerk's Office only)

Groh / Trouble / Sims
Bivens

Kristopher Owen Daniels

Inmate Number 58796-056

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Shirk, Medical, Hazelton U.S.P, Grabby,
Barber, Perez

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Rev. 5/2017 Prisoner Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- ☐ 42 U.S.C. § 1983 (state, county, or municipal defendants)

- ☑ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- ☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Name: Kristopher Owen Daniels

Prisoner ID #: 58796-056

Place of Detention: Hazelton - USP

Institutional Address: P.O. Box 2000 Bruceton Mills, WV 26525

City / State / Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☐ Pretrial detainee   ☐ State   ☐ Federal
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☑ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Barber__
Name

__LT__
Current Job Title

__Hazelton Complex    P.O. Box 450__
Current Work Address

__Bruceton Mills__    __WV__    __26525__
City                State    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: __Perez__
Name

__LT__
Current Job Title

__Hazelton Complex    P.O. Box 450__
Current Work Address

__Bruceton Mills__    __WV__    __26525__
City                State    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: Gabby
Name

Assistant Warden
Current Job Title

Hazelton Complex P.O. Box 450
Current Work Address

Bruceton Mills      WV       26525
City                State    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 4: Shirk
Name

Unit Manager
Current Job Title

Hazelton Complex P.O. Box 450
Current Work Address

Bruceton Mills      WV       26525
City                State    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendants Continued

Defendant 5: Hazelton USP Compound
Name
Compound and Operations
Job Title    P.O. Box 450
Bruceton Mills WV, 26525
Sued in Both individual and Official Capacity

Defendant 6: Medical
Name
Medical Operations
P.O. Box 450
Bruceton Mills WV, 26525
Sued in Both individual and Official Capacity

4B

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: __Hazelton USP unit E-1__

Date(s) of occurrence: __September 14, 2020  September 23, 2020  October 6, 2020__

State which of your federal constitutional or federal statutory rights have been violated:

__AMENDMENT VIII    AMENDMENT I    AMENDMENT XIV__

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

September 8, I was placed in Quarantine with a Negative Covid-19 test result on Arrival at Hazelton USP. On my sixth day of isolation, Unit Manager Shirk on Sept. 14 Placed Victor J. Henderson in my cell neglecting also breaching my Quarantine. Inmate Henderson arrived at Facility coming from another transportation route and Facility different from my self. September 23, 2020 LT. Perez, Barber and Assistant Warden Gabby were doing a walk through unit E-1. I stopped the officers and told them that I was past 14 days of Quarantine. As Assistant Warden Gabby wrote down my Name, I over heard Perez tell Barber that "They were doing it wrong", with Barber Agreeing and Gabby telling me "I would be tested once more and place into population. September 29 2020

Inmate Henderson that breached my isolation was placed into Population. While still in Quarantine on October 6, 2020 inmate Jeffrey Brayboy was placed in my cell ten minutes after being swabbed without founded results of a Covid test. Unit Manager Shirk, October 6 2020 After telling me I was Clear for Population sat my property outside my Cell Door for another 24 hours making it a total of 29 days in Quarantine. Twice my Safety was neglected putting me at a substantial risk

**What happened to you?**

of a known threat of Covid 19. 29 days of Quarantine is well over the 14 day Quarantine (CDC) Guidelines. For Negative test results. 24 hours after being Clear for Population was even more unusual when staff already known I was past the 14-21 day Isolation. During these extra Days of Quarantine I wasn't given the privelage to forward mail to Family, shop for hygene products at Commisary, use the telephone, no recreational time for the entire 29 days and was restricted from any personal property including incoming mail. Barber, Perez and Gabby were aware of my situation and turned a blind eye. Hazelton USP Compound as well Medical should have followed Protocals to ensure inmates that were tested Negative be taken out of Quarantine after CDC policy and recommendations were met of 14 day Negative results.

**When did it happen to you?**

Unit Manager Shirk left me in Quarantine 24 hrs after being clear for Population and Allowed a inmate to be Quarantine for a total of 29 days after Placing two inmates in the cell breaching Quarantine protocals.

**Where did it happen to you?**

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
    If no, explain why not:

Is the grievance process completed?   ☑ Yes   ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

4 Hundred and 50 Thousand dollars (450,000.00)

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many? __2__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Daniels v. STREAT  Status Pending (involving Vehicle Accident)

Daniels v. Piedmont Regional Jail  Status Pending (involving Broken leg)

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

5-22-2020
Dated

Plaintiff's Signature

Kristopher Owen Daniels
Printed Name

58796-056
Prison Identification #

P.O. Box 2000         Bruceton Mills      WV      26525
Prison Address        City                State   Zip Code